G. E. DANFORTH *vs.* WILLIAM H. KNOWLTON & another.

A notice, under the Gen. Sts. c. 124, § 13, by one arrested on execution, of his desire to take the poor debtor's oath at "the Police Court in L.," is sufficient, if there is a place in L. designated and well known for the holding the Police Court of L.

CONTRACT on a recognizance entered into by William H. Knowlton, as principal, and James H. Ellis, as surety, conditioned that Knowlton, who had been arrested upon an execution issued on a judgment of the Police Court of Lynn in favor of the plaintiff, should, within thirty days from the time of arrest, deliver himself up for examination before some magistrate authorized to act, giving notice of the time and place thereof in the manner provided by law, and appear at said time and place, and abide the final order of the magistrate.

The following notice, addressed to the plaintiff, was served upon him within the thirty days : " William H. Knowlton, arrested on execution in your favor, desires to take the oath for the relief of poor debtors, at the Police Court in Lynn, in said county of Essex, on the fourteenth day of April, A. D. 1871, at two of the clock in the afternoon. James R. Newhall, Justice of the

Police Court of Lynn." There was a place designated and well known for holding the Police Court of Lynn.

The plaintiff made no appearance before the magistrate, but Knowlton appeared, took the oath for the relief of poor debtors, and was discharged.

The case was submitted to the judgment of the Superior Court on the above facts which were agreed. If the court should be of opinion that the notice sufficiently and properly designated the place of the examination, then judgment to be rendered for the defendants ; otherwise judgment to be rendered for the plaintiff for the amount of the judgment of the Police Court, with interest and costs. The Superior Court gave judgment for the defendants, and the plaintiff appealed.

*A. F. L. Norris*, for the plaintiff.

*W. H. Niles*, for the defendants.

BY THE COURT. The notice to appear " at the Police Court in Lynn," there being a place designated and well known for holding that court, is sufficient. *Judgment affirmed.*